IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| CLARENCE GEORGE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 7:07-cv-01099-PWG |
| DAVID O. CARPENTER, | ) ) ) | |
| Defendant. | ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 27, 2007, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. #10). The plaintiff filed objections to the report and recommendation on September 28, 2007. (Doc. #12).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, this action is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

Done this 18th day of October 2007.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153